No. 04–1107. FOCUS MEDIA, INC. v. NATIONAL BROADCASTING CO., INC., ET AL. C. A. 9th Cir. Motion of Latino Coalition for

leave to file a brief as *amicus curiae* granted.   Certiorari denied.